UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| NATHAN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20-cv-00002-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| $37,449.00, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Nathan Smith's Complaint [R. 1] is **DISMISSED WITH PREJUDICE**.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 9th day of January, 2020.

Gregory F. Van Tatenhove
United States District Judge